**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LAW FABRICATION, LLC,**

    **Plaintiff,**

v.                                          Case No.  8:05-cv-638-T-30EAJ

**LOCAL 15 OF THE SHEET METAL**
**WORKERS INTERNATIONAL**
**ASSOCIATION BOARD OF TRUSTEES,**
**AFL-CIO, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Agreed Motion to Stay with Incorporated Memorandum of Law (Dkt. # 10).  The Court, having considered the motion and being otherwise fully advised, finds that it should be granted.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Agreed Motion to Stay with Incorporated Memorandum of Law (Dkt. # 10) is GRANTED.

2. All proceedings in this matter are hereby **STAYED** with the exception of the Plaintiff's claim against Defendant Local 15 of the Sheet Metal Workers International Association, AFL-CIO (the "Union").

3. This stay shall not prevent any of the Defendants from submitting motions, memoranda of law and otherwise arguing any issue that arises in the context of the ongoing proceedings in this case.

4. This stay may be lifted upon agreement of the parties or by the Court *sua sponte* or after motion of any party for good cause.

**DONE** and **ORDERED** in Tampa, Florida on May 27, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-638.stay.wpd