**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LAW FABRICATION, LLC,**

    **Plaintiff,**

v.                                                    **Case No.  8:05-cv-638-T-30EAJ**

**LOCAL 15 OF THE SHEET METAL**
**WORKERS INTERNATIONAL**
**ASSOCIATION BOARD OF TRUSTEES,**
**AFL-CIO, et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Emergency Motion for Temporary Restraining Order and Memorandum of Law in Support (Dkt. # 20).  The Court, having reviewed the motion, the affidavits, and the various attachments, and being otherwise fully advised, finds that the motion should be granted.  The Court finds that Plaintiff Law Fabrication, LLC will suffer immediate and irreparable harm if the hearing scheduled before the National Joint Adjustment Board for the Sheet Metal Industry ("NJAB") for Monday, June 27, 2005, is permitted to proceed prior to this Court's determination of the applicability of Article 10, Section 8 of the Standard Form of Union Agreement, to the Plaintiff.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff's Emergency Motion for Temporary Restraining Order and Memorandum of Law in Support (Dkt. # 20) is GRANTED and is effective as of 3:00 p.m. this 22nd day of June, 2005.

2. Plaintiff shall post security with the Clerk of the Court in the amount of $10,000.00 no later than the 27th day of June, 2005.

3. Defendant Local 15 of the Sheet Metal Workers International Association Board of Trustees, AFL-CIO ("Local 15") is hereby enjoined from participating in the arbitration proceeding between Plaintiff and Defendant Local 15 currently pending before the NJAB.  Defendant Local 15 is hereby ordered to immediately request (1) that the arbitration proceeding before the NJAB be stayed, and (2) that the hearing scheduled for Monday, June 27, 2005, be continued until this Court determines the applicability of Article 10, Section 8 of the Standard Form of Union Agreement, to the Plaintiff.

4. In accordance with Rule 65(b), Fed.R.Civ.P., this Order shall remain in full force and effect until 5:00 p.m. on June 30, 2005, at which time it shall expire by its terms unless extended by this Court upon good cause shown by consent of the parties, or by entry of a subsequent preliminary injunction by this Court.

5.  The Court will conduct a hearing regarding extending the injunction at **8:15 a.m. on Thursday, June 30, 2005**, at the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Courtroom 13A, Tampa, Florida.

**DONE** and **ORDERED** in Tampa, Florida on June 22, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2005\05-cv-638.tro.wpd