# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LAW FABRICATION, LLC,**

      **Plaintiff,**

**v.**                                        **Case No.  8:05-cv-638-T-30EAJ**

**LOCAL 15 OF THE SHEET METAL
WORKERS INTERNATIONAL
ASSOCIATION BOARD OF TRUSTEES,
AFL-CIO, et al.,**

      **Defendants.**

_____/

## <u>ORDER</u>

THIS CAUSE comes before the Court upon Defendant's Motion to Quash Temporary Restraining Order (Dkt. # 23).  The Court, having considered the order and being otherwise fully advised, finds that the motion to quash should be granted.  Upon additional review, the Court finds that Plaintiff will not suffer irreparable harm if the Defendants are allowed to proceed with the arbitration pending before the NJAB.  <u>See</u> <u>Klay v. United Healthgroup, Inc.</u>, 376 F.3d 1092, 1112 n.20 (11th Cir. 2004).  "Mere injuries, however, substantial, in terms of money, time, and energy necessarily expended in the absence of a stay, are not enough." <u>Id</u>. (quoting <u>Sampson v. Murray</u>, 415 U.S. 61, 90 (1974)).

It is therefore ORDERED AND ADJUDGED that:

1.    Defendant's Motion to Quash Temporary Restraining Order (Dkt. # 23) is GRANTED.

2.      The Clerk is directed to VACATE the Court's June 22, 2005, Temporary Restraining Order (Dkt. # 21).

3.      A hearing on this matter remains scheduled for **<u>Thursday, June 30, 2005, at 8:15 a.m.</u>**

**DONE** and **ORDERED** in Tampa, Florida on June 29, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**<u>Copies furnished to:</u>**
Counsel/Parties of Record

S:\Even\2005\05-cv-638.vacate tro.wpd